RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Monique_Kirtley@fd.org

Attorney for Virab Torosyan

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VIRAB TOROSYAN,<br><br>Defendant. | Case No. 2:16-cr-063-APG-PAL<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Nicholas D. Dickinson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for Virab Torosyan, that the Sentencing Hearing currently scheduled on March 22, 2018 at 10:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. The parties need additional time to finalize the restitution amount in this case.

2. Defendant's counsel will need additional time to review the restitution amount with the defendant.

3. The defendant is not in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the second request for a continuance of the sentencing hearing.

DATED this 20th day of March, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Monique Kirtley*<br>By_____<br>MONIQUE KIRTLEY<br>Assistant Federal Public Defender | */s/ Nicholas D. Dickinson*<br>By_____<br>NICHOLAS D. DICKINSON<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VIRAB TOROSYAN,

    Defendant.

Case No. 2:16-cr-063-APG-PAL

**ORDER**

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Thursday, March 22, 2018 at 10:30 a.m., be vacated and continued to May 30, 2018 at the hour of 9:30 a.m.; or to a time and date convenient to the court. in Courtroom 6C.

DATED this 20th day of March, 2018.

_____
UNITED STATES DISTRICT JUDGE