1  RENE L. VALLADARES
   Federal Public Defender
2  Nevada State Bar No. 11479
   MONIQUE KIRTLEY
3  Assistant Federal Public Defender
   411 E. Bonneville, Ste. 250
4  Las Vegas, Nevada 89101
   (702) 388-6577/Phone
5  (702) 388-6261/Fax
   Monique_Kirtley@fd.org
6

7  Attorney for Virab Torosyan

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-063-APG-PAL |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (Third Request) |
| VIRAB TOROSYAN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Nicholas D. Dickinson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for Virab Torosyan, that the Sentencing Hearing currently scheduled on May 30, 2018 at 9:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel will be out of the district at a CLE training seminar during the scheduled hearing date.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the third request for a continuance of the sentencing hearing.

DATED this 15th day of May, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Monique Kirtley*<br>By_____<br>MONIQUE KIRTLEY<br>Assistant Federal Public Defender | */s/ Nicholas D. Dickinson*<br>By_____<br>NICHOLAS D. DICKINSON<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-063-APG-PAL |
| Plaintiff, | **ORDER** |
| v. | |
| VIRAB TOROSYAN, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Wednesday, May 30, 2018 at 9:30 a.m., be vacated and continued to June 12, 2018 at the hour of 10:30 a.m.; or to a time and date convenient to the court.

DATED this 16th day of May, 2018.

_____
UNITED STATES DISTRICT JUDGE